UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| STEVEN HICKS,<br><br>    Plaintiff,<br><br>vs.<br><br>C.R. BARD, INC., and DAVOL, INC.,<br><br>    Defendant. | 2:12-cv-0749-KJD-RJJ<br><br>**ORDER** |

IT IS HEREBY ORDERED that the parties shall file a joint Interim Discovery Status Reports on November 16, 2012, January 16, 2012, and March 18, 2012.

IT IS FURTHER ORDERED that the joint Interim Discovery Status Reports shall contain the following:

1. Shall identify the discovery that has been completed;
2. Shall identify the discovery that remains outstanding;
3. Shall identify any pending discovery motions; and,
4. Shall detail all attempts to settle the case.

DATED this __30th__ day of September, 2012.

ROBERT J. JOHNSTON
United States Magistrate Judge