Michael K. Brown (*Pro Hac Vice*)
Marilyn Moberg (*Pro Hac Vice*)
Mildred Segura (*Pro Hac Vice*)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071-1514
Telephone:    +1 213 457 8000
Facsimile:    +1 213 457 8080
Email: mkbrown@reedsmith.com
       mmoberg@reedsmith.com
       msegura@reedsmith.com

Paul M. Haire, Esq. (NV Bar No. 5656)
SMITH LARSEN & WIXOM
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel:  (702) 252-5002
Fax:  (702) 252-5006
Email: jes@slwlaw.com
       pmh@slwlaw.com

Attorneys for C.R. Bard, Inc. and Davol Inc.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| STEVEN HICKS,<br><br>  Plaintiff,<br><br>v.<br><br>C.R. BARD, INC. and DAVOL, INC.,<br><br>  Defendants. | No.: 2:12-cv-00749-KJD-RJJ<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO TRANSFER VENUE |

The Unopposed Motion to Transfer Venue filed by Defendants C.R. Bard, Inc., and Davol Inc., is GRANTED.

For the convenience of the witnesses and parties, and in the interests of justice, the Northern Division of the District of Nevada is a more appropriate venue for this action. Plaintiff could have brought his case in the Northern Division, and the balance of factors point towards the Northern Division and away from the Southern Division of the District of Nevada as the appropriate venue.

DATED: Oct 25th, 2012

_____
HONORABLE KENT J. DAWSON
UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER